UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL CORTES,
                              Petitioner,

                -against-                        22 Civ. 3343 (LGS)

                                                 ORDER
PAUL GONYEA,
                              Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 25, 2022, Petitioner Miguel Cortes filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254;

       WHEREAS, no proof of service has been filed on the docket, and the respondent has not appeared or responded to the petition.  It is hereby

       **ORDERED** that, by **August 2, 2022**, Petitioner shall file proof of service on the docket or shall file a letter updating the Court on the status of service.

Dated: July 25, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE