# CENTER FOR APPELLATE LITIGATION
**120 WALL STREET – 28TH FLOOR, NEW YORK, NY 10005 TEL. (212) 577-2523 FAX 577-2535**

———⚫———

*EXECUTIVE DIRECTOR*
JENAY NURSE GUILFORD

*LEGAL DIRECTOR*
MARK W. ZENO

*MANAGING ATTORNEY*
DAVID J. KLEM

*BENJAMIN WIENER*
*DIRECTOR OF STAFF &*
*SUPERVISING ATTORNEY*
bwiener@cfal.org
*extension* 538

May 17, 2024

> The requested extension of time to file objections until **June 5, 2024**, is GRANTED.
>
> Dated: May 17, 2024
>         New York, New York
>         SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

VIA ECF
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Cortes v. Gonyea*, 22 Civ. 03343 (JLR) (JLC)

Dear Judge Rochon:

I represent the Petitioner, Miguel Cortes, in the above-captioned case. I write to respectfully request an extension of time to file petitioner's objections to the Report and Recommendation issued by Magistrate Judge James L. Cott on May 8, 2024 (ECF #25). Our objections are currently due on May 22, 2024. We request a two-week extension until June 5, 2024.

The extension is necessary because I am filling in for my colleague, Bryan Furst, who represented Mr. Cortes on the original petition and is dealing with an urgent family health matter. Petitioner has not sought any other extensions of this deadline. Counsel for the Respondent, Paul Gonyea, graciously consents to this request.

Thank you for your consideration of this request.

                    Respectfully,

                    Benjamin Wiener, Esq.
                    Counsel for Petitioner